IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARTHUR ALAN WOLK and ARTHUR : CIVIL ACTION
ALAN WOLK ASSOCIATES d/b/a :
THE WOLK LAW FIRM :
:
    v. :
:
WESTPORT INSURANCE CORPORATION : NO. 06-cv-5346-JF

ORDER

AND NOW, this 9th day of August 2010, upon consideration of the defendant's motion for summary judgment (document number 29), and the plaintiffs' response thereto, IT IS ORDERED:

That the defendant's motion is DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,    Sr. J.