IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARTHUR ALAN WOLK, et al.        :        CIVIL ACTION
                                :
        v.                      :
                                :
WESTPORT INSURANCE CORP.        :        NO. 06-cv-5346-JF

ORDER

AND NOW, this 21st day of December 2010, upon consideration of Plaintiffs' Motion to Compel USI Insurance Services d/b/a Bertholon Rowland, Inc.'s Compliance with Subpoena, and the third-party respondent's response thereto, IT IS ORDERED:

That Plaintiffs' motion is DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.